| | |
|---|---|
| 1 | PATRICK BALDWIN, ESQ. (SBN 93337) |
| 2 | CHRISTOPHER MADER, ESQ. (SBN 199605) |
| | BALDWIN MADER LAW GROUP |
| 3 | 920 Manhattan Beach Boulevard, No. 2 |
| | Manhattan Beach, CA 90266 |
| 4 | Phone: (310) 545-0620 |
| | E-mail: cmader@baldwinlawgroup.com |
| 5 | *Attorneys for Plaintiffs Rolloco Holdings, Inc., Cathy Rollo and Tony Rollo* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| ROLLOCO HOLDINGS, INC., a Canadian Corporation; CATHY ROLLO, an individual; and, TONY ROLLO, an individual; | ) ) ) ) | **CASE NO.**: **5:16-cv-2334** |
| | ) | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Plaintiffs, | ) | |
| v. | ) | |
| VLP CAPITAL, INC., a California Corporation; VLP CAPITAL, INC., a Nevada Corporation; VANGUARD LEISURE PROPERTIES REAL ESTATE INVESTMENT TRUST, a Trust created under Canadian law; VLP CAPITAL, LLC, a Limited Liability Company, state of incorporation unknown; VLP MANAGEMENT, LTD., a Canadian Corporation; DESERT DUNES MANAGEMENT, LLC, a Nevada Limited Liability Company; DDGC HOLDINGS, LTD., a California Corporation; DDGC OPERATIONS, LTD., a California Corporation; DESERT DUNES CONDOS, LP; a California Limited Partnership; CALIFORNIA EAST COAST REGIONAL CENTER, LLC, USCIS REGIONAL CENTER; a California Limited Liability Company; GMS DEVELOPMENTS, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

- 1 -

a Nevada Limited Liability Company;
CALIFORNIA FOREIGN INVESTMENT
AND IMMIGRATION CENTER, LLC, a
California Limited Liability Company;
AMAG, INC., a California Corporation;
R2H, LLC, an Arizona Limited Liability
Company; RICHARD BILOS MEDICAL
CORPORATION, a Canadian Corporation;
GLEN BRAYSHAW, an individual;
MICHAEL NYHUIS, an individual; SEAN
RUNNELS, an individual; and, GENE
O'BRIEN, ESQ., an individual,

           Defendants.

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiffs Rolloco Holdings, Inc., Cathy Rollo and Tony Rollo, by and through their undersigned counsel, voluntarily dismiss without prejudice this lawsuit pursuant to Federal Rule of Civil Procedure 41. Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated:  December 2, 2016           BALDWIN MADER LAW GROUP

*By:* _____
Patrick Baldwin, Esq.
Christopher Mader, Esq.
*Attorneys for Plaintiffs*